174 A.3d 512

IN THE MATTER OF CWA LOCAL 1040, CWA DISTRICT ONE AND STATE OF NEW JERSEY (JUVENILE JUSTICE), RESPONDENTS-RESPONDENTS, v. JUDY THORPE, CHARGING PARTY-PETITIONER.

C–174 September Term 2017
079251

October 16, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–852–13 and A–866–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.